UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZOHO CORPORATION, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>TARGET INTEGRATION, INC., et al.,<br><br>　　　　　Defendants. | Case No. 23-cv-00054-SI<br><br>**ORDER PERMITTING INSPECTION OF DEFENDANTS' CUSTOMER RELATIONSHIP MANAGEMENT DATABASE AND FOR ENTRY OF PROTECTIVE ORDER**<br><br>Re: Dkt. No. 40 |

　　Before the Court is Plaintiffs Zoho Corporation and Zoho Corporation Pvt. Ltd.'s Motion for Order Permitting Inspection of Defendants' Customer Relationship Management Database and for Entry of Protective Order. Plaintiffs' motion was filed on September 19, 2023. Defendants' opposition was due on October 3, 2023. Defendants did not file an opposition, nor did they file a statement of nonopposition in compliance with Civil Local Rule 7-3(b). On October 12, 2023, the Court received an ex parte communication from defendants. Ex parte communications are prohibited under Civil Local Rule 11-4(c).

　　The Court has considered the motion, supporting declaration and exhibits, and the record in this case, and for good cause shown, GRANTS plaintiffs' motion. The Court hereby enters the Protective Order attached as Exhibit 1 to Dkt. No. 40-1 to govern the disclosure and use of confidential information discovered in these proceedings. Plaintiffs may inspect a copy of defendants' customer relationship management ("CRM") database that is in plaintiffs' possession. Until otherwise stipulated by the parties or ordered by this Court, the CRM database and its contents shall be designated and treated as "Confidential" Protected Material under the terms of the Protective Order.

　　**IT IS SO ORDERED**.

Dated: October 26, 2023

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge