UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZOHO CORPORATION, et al.,

Plaintiffs,

v.

TARGET INTEGRATION, INC., et al.,

Defendants.

Case No. 23-cv-00054-SI

**ORDER SETTING DEADLINE FOR PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

On January 8, 2024 default was entered as to defendants in this matter.  Dkt. No. 52. No further action has been taken since this time.  Plaintiffs are hereby ordered to file their motion for default judgment by **June 12, 2024**.  Plaintiffs are to advise the Court if more time is required.

**IT IS SO ORDERED**.

Dated: May 14, 2024

SUSAN ILLSTON
United States District Judge

United States District Court
Northern District of California