**FILED**

**AUG 12 2024**

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ZOHO CORPORATION, et al.,

        Plaintiffs,

v.

TARGET INTEGRATION, INC., et al.,

        Defendants.

Case No. 23-cv-00054-SI

**DEFENDANT, TARGET INTEGRATION, INC.'S, RESPONSE TO THE COURT'S ORDER, DATED JULY 12, 2024**

Defendant, Target Integration, Inc. (herein "TII"), hereby submits this Response to the Court's Order dated July 12, 2024, regarding the Injunction and Certification requirements as follows:

### I. COMPLIANCE WITH INJUNCTION

*Acknowledgment of Injunction*

Defendant, Target Integration, Inc., acknowledges the Court's Injunction prohibiting the misappropriation and unauthorized use or disclosure of Zoho's confidential and proprietary information, including any information accessed from Zoho's CRM database ("Zoho Trade Secrets"). Defendant, TII, affirms its commitment to fully comply with this Injunction and ensure that no such information is used or disclosed in violation of the Court's Order. TII denies any

1

wrongdoing and maintains that it has not engaged in any improper use or disclosure of Zoho's confidential information.

*Internal Compliance Measures*

Defendant, TII, has implemented rigorous internal measures to ensure compliance with the Court's Order. This includes conducting comprehensive audits of its systems to identify and eliminate any Zoho Trade Secrets, retraining staff on compliance with trade secret laws, and strengthening data protection protocols to prevent unauthorized access or use of third-party confidential information.

## II. CERTIFICATION OF RETURN OR DESTRUCTION OF ZOHO TRADE SECRETS

*Certification Under Oath*

Defendant, TII, through its authorized representative, hereby certifies under oath that it has returned and/or destroyed all Zoho Trade Secrets and that no such information, or materials containing or reflecting such information, remain in its possession, custody, or control.

## III. CERTIFICATION OF ACCESS TO ZOHO TRADE SECRETS

*Identification of Individuals*

Defendant TII respectfully submits that the obligations described in Paragraph 4 of the Judgment dated July 12, 2024, pertain solely to Defendant TICPL. The system of records referenced in Paragraph 4 was owned exclusively by TICPL. Any actions, access, or engagements involving the said trade secrets were conducted exclusively by employees or agents of Defendant TICPL.

Defendant TII denies any involvement or responsibility for certifying the identities of individuals with access to the Zoho Trade Secrets, as TII lacked operational capacity and personnel during the relevant period. The responsibility to identify the employees with such

access rests solely with Defendant TICPL. TII further asserts that any requests for certification should be directed exclusively to TICPL, the entity with control over and possession of the relevant personnel during the specified timeframe.

Accordingly, TII requests that the Court acknowledge its non-involvement and exempt it from the certification requirements set forth in Paragraph 4 and Paragraph 5.

## IV. ONGOING COMPLIANCE EFFORTS

*Commitment to Compliance*

TII remains committed to ongoing compliance with all legal and ethical standards related to trade secrets and confidential information. TII will continue to monitor and enhance its compliance programs to prevent any future issues related to the misappropriation of trade secrets.

Respectfully Submitted By:

*Signed by:*
*Yuvaraj Singh*
619A0B6B3F07450...
Yuvaraj Singh

8/10/2024

Target Integration, Inc.

Dated on this 1ˢᵗ day of August 2024.

3